# UNITED STATES DISTRICT COURT

# DISTRICT OF EVADA

\*\*\*



| | |
|---|---|
| UNITED STATE OF AMERICA, ) | |
| ) | 2:09-cr-000360-JCM-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| JASON THEUS CUNNINGHAM ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

The matter before the Court is to clarify the order of restitution previously entered as part of the Judgment in a criminal case (ECF#28), sentencing held February 2, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

IT IS ORDERED that the Defendant shall make restitution to the following payee listed below:

Name of Payee:        Bank of America
Amount of Restitution:   $2,762.00


**Total Amount of Restitution Ordered:**    $2,762.00

Dated this _____ day of March, 2019.

_____
UNITED STATE DISTRICT JUDGE