RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Jason Theus Cunningham

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON THEUS CUNNINGHAM,<br><br>Defendant. | Case No. 2:09-cr-00360-JCM-RJJ<br><br>**Stipulation to Dismiss the Revocation Petition and Vacate the Status Hearing** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Jason Theus Cunningham, to dismiss the revocation petition and vacate the status hearing scheduled for August 7, 2024 at 10:00 a.m.

This Stipulation is entered into for the following reasons:

1. On February 8, 2024, the defendant appeared before this Court and admitted to allegations 1 and 2 in the Petition at ECF No. 66. The Court accepted the admissions. Pursuant to the parties' agreement, the Court held sentencing in abeyance for 6 months to allow the defendant to come into compliance with the

terms of his supervised release. The parties agreed that if the defendant is successful, they would move to dismiss the petition.

2. As of the filing of this stipulation, the undersigned have confirmed with the defendant's probation officer that the defendant has come into compliance with his supervision and has sustained no additional violations of his supervised release. The Defendant state that since the parties last appeared before this Court, the defendant obtained employment in Elko, Nevada, and has been living and working successfully in Elko for the last several months.

3. The parties therefore respectfully request that the Petition at ECF No. 66 be dismissed without prejudice and that Mr. Cunningham be continued on his current term of supervision. Mr. Cunningham's supervision is set to expire at the end of this month.

4. The parties also respectfully request that the status hearing set for Wednesday, August 7 at 10 AM be vacated.

DATED this 6th day of August 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Joy Chen*<br>By_____<br>JOY CHEN<br>Assistant Federal Public Defender | */s/ Jessica Oliva*<br>By_____<br>Jessica Oliva<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00360-JCM-RJJ |
| Plaintiff, | **ORDER** |
| v. | |
| JASON THEUS CUNNINGHAM, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Cunningham has come into compliance with his supervision and has sustained no additional violations of his supervised release.

### ORDER

IT IS HEREBY ORDERED that Mr. Cunningham's request that the Petition at ECF No. 66 be dismissed without prejudice and that Mr. Cunningham be continued on his current term of supervision, is GRANTED.

IT IS FURTHER ORDERED that the Status Hearing set for Wednesday, August 7, 2024, at 10:00 am.is VACATED.

DATED August 6, 2024.

_____
UNITED STATES DISTRICT JUDGE

3